IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WALLIN CALHOUN,

        Plaintiff,

v.                                      CASE NO. 4:12-cv-583-MW/CAS

CATHY RAY,

        Defendant.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No. 15, filed March 12, 2013. The Court has also reviewed *de novo* Plaintiff's Objections to Findings, ECF No. 16, filed March 20, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the Court's opinion. The Clerk shall enter judgment stating, "This cause is **DISMISSED** without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) for Plaintiff's failure to state a claim upon which relief may be granted." The Clerk shall close the file.

SO ORDERED on March 25, 2013.

                                                        s/Mark E. Walker
                                                        United States District Judge